JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, an Arkansas business trust; and DOES 1-10,<br><br>       Defendants. | Case No.: 2:22−cv−03113 AB-KSx<br><br>*The Hon. André Birotte Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Teresa Hicks' action against Defendant Wal-Mart Real Estate Business Trust is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 11, 2023

*Hon. André Birotte Jr.*
United States District Judge